*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADNAN HARMOUSH, an individual and RIMA GHAZAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation and DOES 1 through 50,<br><br>Defendants. | Case No. CV 10-4664-GW(AGRx)<br><br>The Honorable George H. Wu<br>Ctrm: 10<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT ALLSTATE INSURANCE COMPANY**<br><br><br>Complaint Filed:   February 26, 2010 |

The Court, having granted defendant Allstate Insurance Company's motion for summary judgment by its Order entered on March 12, 2012, hereby enters judgment in favor of defendant Allstate Insurance Company and against plaintiff Adnan Harmoush.

///

///

///

It is further ordered and adjudged that plaintiff Adnan Harmoush shall pay defendant Allstate Insurance Company its reasonable costs of suit as determined by the Clerk of Court according to proof.

Dated:  March 15, 2012

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

201203493.1